IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED IN OPEN COURT**
U.S.D.C. ^

FEB 1 2 2004

LUTHER D. THOMAS, Clerk

Deputy Clerk

| | |
|---|---|
| GO MEDICAL INDUSTRIES PTY, LTD. and ALEXANDER G.B. O'NEIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>INMED CORPORATION d/b/a RUSCH, INTERNATIONAL, a wholly owned subsidiary of Teleflex, Inc., and ALPINE MEDICAL, INC. (formerly known as Medical Marketing Group, Inc.),<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:01-CV-313-TWT |

## VERDICT

## I.

## TRADEMARK INFRINGEMENT

## A.

As to the Plaintiffs' claim for trademark infringement against the Defendant

Alpine Medical, Inc., f/k/a Medical Marketing Group, Inc., we the jury find in favor

of

_____✓_____ the Plaintiffs and award the sum of

$ 350,838.00 reasonable royalty

T:\CIVIL\Go Medical\verdict.wpd



$ 3,873,236.00 unjust enrichment

$ 19,000,000.00 punitive damages.

**or**

_____   the Defendant.

## B.

As to the Plaintiffs' claim for trademark infringement against the Defendant

Inmed Corporation, d/b/a Rüsch International, we the jury find in favor of

___✓___   the Plaintiffs and award the sum of

$ 2,672,419 reasonable royalty

$ 32,265,634 unjust enrichment

$ _____ punitive damages.

**or**

_____   the Defendant.

## II.

## BREACH OF CONTRACT

As to the Plaintiffs' claim for breach of contract against the Defendant Alpine

Medical, Inc., f/k/a Medical Marketing Group, Inc., we the jury find in favor of

___✓___   the Plaintiffs and award the sum of $ 6,156,571.00 as

damages

**or**

_____  the Defendant.

This _12th_ day of February, 2004.

_Monica Leflore_
FOREPERSON